# Court of Appeals
# of the State of Georgia

ATLANTA, __September 30, 2024__

*The Court of Appeals hereby passes the following order:*

## A24A1433. BASHIR v. MAYO.

Upon consideration of Appellant's motion to supplement the record in the above-styled case, it appears that no trial transcript has been filed in the trial court. We therefore remand this care to the trial court for completion of the record without delay. Once the completed transcript is on file with the trial court and the trial court has entered an order stating that the record is complete or that it cannot be completed, Appellant shall have 30 days from the date of the mandated order to refile the notice of appeal, and upon the filing of such notices of appeal the case with the complete record and transcript may be transmitted to the Court of Appeals for redocketing. See *Galardi v. Steele-Inman*, 259 Ga. App. 249 (576 SE2d 555) (2002); OCGA § 5-6-48 (d).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__09/30/2024_____*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*